# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| RICKEY CATES, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC,<br>*Defendant(s)*<br>Hamilton County Coal, LLC, and<br>White County Coal, LLC | Case Number:   3:21-CV-377-RJD |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __all Defendants__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Kentucky__. The state and federal bar numbers issued to me are: __27355__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __April 14, 2021__      __/s/ signature__
Date                                              Signature of Movant

300 W. Vine Street Suite 2100                    Richard G. Griffith
Street Address                                    Printed Name

Lexington, Kentucky 40507-1801
City, State, Zip