# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

RICKEY CATES, individually and on behalf of all others similarly situated,  )
_____ )
                         *Plaintiff(s)* )
                           v. )   Case Number:   3:21-CV-377-RJD
Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource )
Operating Partners, L.P., Alliance Resource Management GP, LLC, )
Hamilton County Coal, LLC, *Defendant(s)* )
and White County Coal, LLC )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of **all Defendants** _____.

In support of this motion, I state:

1.    I am an attorney licensed to practice law and a member in good standing in the State(s) of **Kentucky**_____. The state and federal bar numbers issued to me are: **89525**_____.

2.    I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: **April 15, 2021**_____              _/s/ Kif H. Skidmore_____
              Date                                                                         Signature of Movant

**300 W. Vine Street Suite 2100**_____                  Kif H. Skidmore
         Street Address                                                            Printed Name

**Lexington, Kentucky 40507-1801**_____
         City, State, Zip