# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| RICKEY CATES, individually and on behalf of all others similarly situated, <br> *Plaintiff(s)* <br> v. <br> Alliance Coal, LLC, Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC, Hamilton County Coal, LLC, and White County Coal, LLC <br> *Defendant(s)* | Case Number: 3:21-CV-377-RJD |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __all Plaintiffs__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Pennsylvania__. The state and federal bar numbers issued to me are: __206211__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: May 10, 2021
Date

*Sarah Schalman-Bergen*
Signature of Movant

729 Boylston Street Suite 2000
Street Address

Sarah Schalman-Bergen
Printed Name

Boston, MA 02116
City, State, Zip