# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Cates ) | |
| *Plaintiff(s)* ) | |
| v. ) | Case Number: 3:21-cv-377-RJD |
| Alliance Coal, LLC et al ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff Rickey Cates.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Pennsylvania, New Jersey, and California. The state and federal bar numbers issued to me are: PA 62096, NJ 011841992, and CA 248958.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 8/3/2021
Date

*[signature]*
Signature of Movant

3 Terry Drive, Suite 205
Street Address

Eric Lechtzin
Printed Name

Newtown, PA 18940
City, State, Zip