# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Rickey Cates )
    *Plaintiff(s)* )
    v. )   Case Number:   CIVIL NO. 3:21-cv-00377-SMY
Alliance Coal, LLC, Alliance Resource Partners, L.P., )
Alliance Resources Operating Partners, L.P., Alliance )
Resource Management, GP, LLC, Hamilton County )
Coal, LLC, White County Coal, LLC

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of ___all Defendants___.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Maryland, District of Columbia, and Minnesota.__ The state and federal bar numbers issued to me are: DC and D.D.C. (478544); DC. Cir. (61390); MN (0390961); D. MD (18304).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __September 24, 2021__           /s/ Rebecca S. Bjork
      Date                                               Signature of Movant

__Seyfarth Shaw, LLP, 975 F Street, NW__        Rebecca S. Bjork
     Street Address                                     Printed Name

__Washington, DC 20004__
     City, State, Zip