# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RICKY CATES, individually and on behalf of all others similarly situated, )
*Plaintiff(s)* )
v. )   Case Number: 3:21-cv-00377
ALLIANCE COAL, LLC, et al. )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resources Operating Partners, L.P., Alliance Resource Management GP, LLC, Hamilton County Coal, LLC and White County Coal, LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: IL ARDC 6298337.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Oct 1, 2021
Date

Signature of Movant

Seyfarth Shaw LLP, 233 S. Wacker Dr., Suite 8000
Street Address

Michael L. DeMarino
Printed Name

Chicago, IL 60606
City, State, Zip