# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RICKEY CATES, individually and on behalf of all others similarly situated )
*Plaintiff(s)* )
v. ) Case Number: 3:21-cv-00377-SMY
ALLIANCE COAL, LLC, *et al.* )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff Ricky Cates.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Pennsylvania and New Jersey. The state and federal bar numbers issued to me are: PA 326878 and NJ 273802018.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: March 23, 2022
Date

*[Signature]*
Signature of Movant

Berger Montague PC, 1818 Market Street, Suite 3600
Street Address

Reginald L. Streater
Printed Name

Philadelphia, PA 19103
City, State, Zip