IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| RICKEY CATES, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>ALLIANCE COAL, LLC, ALLIANCE RESOURCE PARTNERS, L.P., ALLIANCE RESOURCE OPERATING PARTNERS, L.P., ALLIANCE RESOURCE MANAGEMENT GP, LLC, HAMILTON COUNTY COAL, LLC, and WHITE COUNTY COAL, LLC,<br><br>                  Defendants. | Case No. 3:21-cv-00377-SMY<br><br>Judge Staci M. Yandle |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Rickey Cates submits this Notice of Supplemental Authority to advise the Court of a development and ruling issued on May 17, 2022 in a related FLSA collective action filed by Alliance Coal miners, in litigation captioned *Prater v. Alliance Coal, LLC, et al.*, No. 3:21-cv-00066 (S.D. Ind.), which is relevant to Defendants' currently pending and fully briefed Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 25) in the above captioned *Cates* case.

In *Prater*, at the outset of the case, the Alliance Defendants similarly filed a motion to dismiss for lack of personal jurisdiction.[1] On March 16, 2022, the court in *Prater* entered an Order denying a motion to dismiss for lack of personal jurisdiction filed by the Alliance Defendants, with leave to conduct limited discovery on the issue of personal jurisdiction. *See* Dkt. No. 65. Rather

---

[1] Specifically, the Alliance Defendants include Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Management GP, LLC, and Alliance Resource Operating Partners, L.P. ("AROP"). Each of these entities is also a Defendant in the instant case.

than comply with the Court's directive and submit to jurisdictional discovery, however, the Alliance Defendants advised the Court that they are now submitting to the jurisdiction of the Indiana federal court and withdraw their challenge to personal jurisdiction. *See* Exhibit 1 (*Prater* Order entered May 17, 2022, Dkt. No. 94).

The *Prater* Court is the third federal district courts to deny the Alliance corporate entity defendants' motions to dismiss based on similar arguments involving jurisdictional grounds. *See also Branson v. Alliance Coal, LLC*, No. 4:19-cv-00155-JHM, 2021 WL 1031002 (W.D. Ky. Mar. 15, 2021) (denying AROP's motion to dismiss for lack of personal jurisdiction without prejudice and ordering jurisdictional discovery); *Brewer v. Alliance Coal*, LLC, No. 7:20-cv-0041-DLB-EBA, 2021 WL 3057380 (E.D. Ky. July 20, 2021) (same).

Notably, in each of the three cases, after the respective court denied the Alliance Defendants' challenge to jurisdiction with leave to conduct discovery relating to personal jurisdiction, the Alliance Defendants withdrew their challenge and stipulated to the applicable jurisdiction of the Court.

Plaintiffs in these cases have spent significant time and resources opposing the motions to dismiss, conducting informal discovery, and drafting and serving applicable jurisdictional discovery. The motions to dismiss have delayed the smooth and efficient proceedings of these cases. In the instant *Cates* action, Defendants' motion has been fully briefed and pending since August 27, 2021. *See* Dkt. No. 46.

The Alliance Defendants' conduct in filing these jurisdictional motions appears to be driven by gamesmanship and delay tactics, and should not be countenanced by this Court. For the reasons set forth by Plaintiffs in opposition to Defendants' Motion to Dismiss, the Court should enter an order promptly denying the Motion to Dismiss outright and with prejudice, without the need for

additional briefing and jurisdictional discovery, so that the case can proceed in an efficient manner.

Dated: June 7, 2022
                                      Respectfully submitted,

*/s/ Camille Fundora Rodriguez*
Shanon J. Carson
Camille Fundora Rodriguez
Lane L. Vines
Reginald L. Streater
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
crodriguez@bm.net
lvines@bm.net
rstreater@bm.net

Katrina Carroll
CARLSON LYNCH, LLP
111 West Washington Street
Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
kcarroll@carlsonlynch.com

Sarah R. Schalman-Bergen
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (267) 256-9973
ssb@llrlaw.com

Eric Lechtzin
Liberato P. Verderame
Edelson Lechtzin LLP
3 Terry Drive
Suite 205
Newtown, PA 18940
215-867-2399
elechtzin@edelson-law.com
lverderame@edelson-law.com

*Attorneys for Plaintiff and the Proposed Collective and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Camille Fundora Rodriguez*
Camille Fundora Rodriguez