UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS DIVISION)

| | |
|---|---|
| RICKEY CATES, Individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> ALLIANCE COAL, LLC, et al. <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 3:21-cv-00377-SMY |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on September 14, 2022, the undersigned counsel for Defendants in the above-captioned matter, moved to a new law firm. The new address and contact information are as follows:

Gerald L. Maatman
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Tel: (312) 499-6710
gmaatman@duanemorris.com

Duane Morris LLP

By:       s/Gerald L. Maatman
Gerald L. Maatman, Jr. (*pro hac vice*)
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6710
Fax: (312) 499-6701

Dated: September 19, 2022

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that on September 19, 2022, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of the Court by using the United States District Court's CM/ECF NextGen system:

By: /s/ Gerald L. Maatman