## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS DIVISION)

| | |
|---|---|
| RICKEY CATES, Individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) Civil No. 3:21-cv-00377-SMY |
| ALLIANCE COAL, LLC, et al. | ) ) ) |
| Defendants | ) ) ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on September 14, 2022, the undersigned counsel for Defendants in the above-captioned matter, moved to a new law firm. The new address and contact information are as follows:

Rebecca S. Bjork
Duane Morris LLP
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Tel: (202) 776-5262
Fax: (202) 776-7801
rsbjork@duanemorris.com

Dated: September 19, 2022

    Respectfully submitted,

    Duane Morris LLP

    By:   /s/ Rebecca S. Bjork
        Rebecca S. Bjork
    901 New York Avenue N.W., Suite 700 East
    Washington, DC 20001-4795
    Tel: (202) 776-5262
    rsbjork@duanemorris.com

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 19, 2022, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of the Court by using the United States District Court's CM/ECF NextGen system:

By: /s/ Rebecca S. Bjork