# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS DIVISION)

| | |
|---|---|
| RICKEY CATES, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) )  Civil No. 3:21-cv-00377-SMY ) |
| ALLIANCE COAL, LLC, et al. | ) ) ) |
| Defendants | ) ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on September 14, 2022, the undersigned counsel for Defendants in the above-captioned matter, moved to a new law firm. The new address and contact information are as follows:

Jennifer A. Riley<br>
Duane Morris LLP<br>
190 S. LaSalle Street, Suite 3700<br>
Chicago, IL 60603<br>
Tel: (312) 499-6711<br>
jariley@duanemorris.com

Duane Morris LLP

By: _____s/Jennifer A. Riley_____
Jennifer A. Riley  (*pro hac vice*)
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: (312) 499-6711
Fax: (312) 499-6701

Dated: September 21, 2022

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 21, 2022, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of the Court by using the United States District Court's CM/ECF NextGen system:

By: /s/ Jennifer A. Riley