# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS DIVISION)

| | |
|---|---|
| RICKEY CATES, Individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil No. 3:21-cv-00377-SMY<br>) |
| ALLIANCE COAL, LLC, et al. | )<br>) |
| Defendants | )<br>) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that on September 19, 2022, the undersigned counsel for Defendants in the above-captioned matter, moved to a new law firm. The new address and contact information are as follows:

> Michael DeMarino
> Duane Morris LLP
> 190 S. LaSalle Street, Suite 3700
> Chicago, IL 60603
> Tel: (312) 499-6717
> MDeMarino@duanemorris.com

> Duane Morris LLP
>
> By: ___s/Michael DeMarino_____
> Michael DeMarino  (*pro hac vice*)
> 190 South LaSalle Street, Suite 3700
> Chicago, IL 60603-3433
> Telephone: (312) 499-6717
> Fax: (312) 499-6701

Dated: September 21, 2022

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 21, 2022, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the Clerk of the Court by using the United States District Court's CM/ECF NextGen system:

By: /s/ Michael DeMarino