# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

RICKEY CATES, individually and behalf of all ot )
    *Plaintiff(s)* )
    v. ) Case Number: 3:21-CV-00377-SMY
ALLIANCE COAL, LLC, et al )
    *Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of all Plaintiffs.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Kentucky and Tennessee. The state and federal bar numbers issued to me are: KY 97610 and TN 023626.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 18, 2022
    Date

Signature of Movant

39 S. Main St., P.O. Box 869
    Street Address

Mark N. Foster,
Printed Name

Madisonville, KY 42431
    City, State, Zip