# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Ricky Cates, individually and on behalf of all others similarly situated, )
*Plaintiff(s)* )
v. )  Case Number: 3:21-cv-00377-SMY
Alliance Coal, LLC, et al. )
*Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC, Hamilton County Coal, LLC, and White County Coal, LLC, Defendants.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: IL 6278500.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: July 10, 2023
Date

*Signature of Movant*

Duane Morris LLP, 190 S. Lasalle Street, Suite 3700
Street Address

Brandon L. Spurlock
Printed Name

Chicago, IL 60603
City, State, Zip