# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| __Rickey Cates__ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: __3:21-cv-00377-SMY-RJD__ |
| __Alliance Coal, LLC, et al__ | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Plaintiff Rickey Cates__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __Pennsylvania and New Jersey__. The state and federal bar numbers issued to me are: __PA 332185 and NJ 42188203__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: __Nov 16, 2023__
Date

*Signature of Movant*

__1818 Market Street, Suite 3600__
Street Address

__Michael J. Anderson__
Printed Name

__Philadelphia, PA 19103__
City, State, Zip