# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | | |
|---|---|---|
| Rickey Cates | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:21-cv-00377-SMY-RJD |
| Alliance Coal, LLC, et al | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of **Plaintiff Rickey Cates**.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of **Maryland, New Jersey and Pennsylvania**. The state and federal bar numbers issued to me are: **MD 2211290005, NJ 415612023, PA 332185**.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Nov 16, 2023
Date

*Olivia Lanctot*
Signature of Movant

1818 Market Street, Suite 3600
Street Address

Olivia Lanctot
Printed Name

Philadelphia, PA 19103
City, State, Zip