IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKEY CATES, individually and on behalf of all others similarly situated<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLIANCE COAL, LLC; ALLIANCE RESOURCE PARTNERS, L.P.; ALLIANCE RESOURCE OPERATING PARTNERS, L.P.; ALLIANCE RESOURCE MANAGEMENT GP, LLC; HAMILTON COUNTY COAL, LLC; and WHITE COUNTY COAL, LLC,<br><br>　　　　Defendants. | Case No.: 3:21-cv-00377-SMY<br><br>Judge Staci M. Yandle |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in the case on behalf of the Defendants, ALLIANCE COAL, LLC; ALLIANCE RESOURCE PARTNERS, L.P.; ALLIANCE RESOURCE OPERATING PARTNERS, L.P.; ALLIANCE RESOURCE MANAGEMENT GP, LLC; HAMILTON COUNTY COAL, LLC; and WHITE COUNTY COAL, LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of Georgia. The state and federal bar numbers issued to me are:

- Georgia: 142641

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Dated: February 29, 2024

*/s/ F. Beaumont Howard*
Fletcher Beaumont Howard
**FOX ROTHSCHILD LLP**
999 Peachtree Rd. NE, Ste 1500
Atlanta, GA 30309
(404) 870-3763
(404) 962-1200 (fax)
fbhoward@foxrothschild.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

Dated:  February 29, 2024                              /s/ *F. Beaumont Howard*
                                                                          F. Beaumont Howard
                                                                          FOX ROTHSCHILD LLP