**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION**

| | |
|---|---|
| RICKEY CATES, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>     v.<br><br>ALLIANCE COAL, LLC, *et al.*,<br><br>                        Defendants. | Case No. 3:21-cv-00377-SMY<br><br>Judge Staci M. Yandle |

**PARTIES' NOTICE OF SETTLEMENT AND REQUEST TO
STAY PENDING RULING REGARDING SETTLEMENT APPROVAL**

Plaintiff Rickey Cates and Defendants Alliance Coal, LLC, Alliance Resource Partners, L.P., Alliance Resource Operating Partners, L.P., Alliance Resource Management GP, LLC, Hamilton Country Coal, LLC, and White County Coal, LLC (collectively, "Defendants" and with Plaintiffs, the "Parties"), hereby respectfully submit this Notice of Settlement and Request to Stay, and state as follows:

1.      The Parties are pleased to inform the Court that, following an extensive alternative dispute resolution ("ADR") process that has been ongoing for the past year, on March 14, 2024, the Parties executed a written Memorandum of Understanding ("MOU") to settle this litigation along with five related lawsuits, including:

- *Branson, et al. v. Alliance Coal, LLC, et al.*, No. 4:19-cv-155-RGJ-HBB (W.D. Ky.);
- *Brewer v. Alliance Coal, LLC, et al.*, No. 7:20-cv-00041-DLB-EBA (E.D. Ky.);
- *Johnson, et al. v. Alliance Coal, LLC, et al.*, No. 21-C1-157 (Hopkins Co. Cir. Ct.);
- *Prater, et al. v. Alliance Coal, LLC, et al.*, No. 3:21-cv-00066-RLY-MJD (S.D. Ind.); and
- *Rettig, et al. v. Alliance Coal, LLC, et al.*, No. 2:21-cv-00008-TSK (N.D. W. Va.);

(collectively, the "Actions").

2.      As stated in the MOU, the Parties have agreed to settle the Actions on a collective

and class action basis pursuant to terms and conditions to be prepared and set forth in a long-form Settlement Agreement.

3. The MOU was reached as a result of mediation overseen by an experienced mediator, the Honorable Wayne Andersen (Ret.), a former United States District Judge of the Northern District of Illinois, and by continued arm's-length discussions between the Parties.

4. The Parties are currently drafting the long-form Settlement Agreement referenced above. When complete, the Settlement Agreement will be submitted for Court approval.

5. For efficiency and judicial economy, and for settlement purposes only, the MOU contains an agreement to consolidate the Actions into *Branson, et al. v. Alliance Coal, LLC, et al.*, No. 4:19-cv-00155-JHM-HBB, in the Western District of Kentucky. *Branson* is the first-filed case and includes the most opt-in plaintiffs. The purpose of the consolidation is to have a single forum in which to finalize and seek judicial approval of the Settlement Agreement.

6. If the *Branson* Court approves the settlement, the Parties anticipate that each of the Actions will be dismissed with prejudice upon the settlement reaching the Effective Date.[1]

7. Accordingly, the Parties request to stay this litigation, including the Court's adjudication of any motions, all discovery activities, and all case management deadlines until such time as the *Branson* Court rules upon the Parties' Joint Motion for Final Approval of the class and collective action settlement.

8. The Parties have further agreed to file joint status reports to each Court overseeing

---

[1] The term "Effective Date" as used herein means the day following the date of the Court's Final Approval Order if there are no objectors, and if there are any objectors, means (i) the day following the expiration of the thirty-day (30) deadline for appealing the entry by the Court of the Final Approval Order, if no appeal is filed; or (ii) if an appeal of the Final Approval Order is filed, the date upon which all appellate courts with jurisdiction affirm such Final Approval Order and Judgment, or deny any such appeal or petition for certiorari, such that no future appeal is possible.

the Actions every sixty days between now and the conclusion of the settlement approval process in *Branson*.

9. If for any reason, the Parties' settlement does not become effective, the Parties have agreed that they would request that the stays be lifted at that time such that the Parties would return to the status quo, though the Parties believe that, with the assistance of the mediator, their MOU outlines a settlement with terms that are fair and reasonable to Defendants, the proposed Settlement Class, and the Collective Members.

WHEREFORE, the Parties respectfully request that the Court enter an Order to stay this litigation, including staying adjudication of all motions, discovery activities, and case management deadlines, pending the *Branson* Court's ruling upon the Parties' Joint Motion for Final Approval of the class and collective action settlement.

Dated: March 15, 2024                                Respectfully submitted,

 */s/ Camille Fundora Rodriguez*                      */s/ Colin D. Dougherty*\*
Shanon J. Carson                                      Colin D. Dougherty
Camille Fundora Rodriguez                             Fox Rothschild LLP
Lane L. Vines                                         980 Jolly Road, Suite 110
Michael J. Anderson                                   Blue Bell, PA 19422
Olivia Lanctot                                        Tel.: (610) 397-6500
BERGER MONTAGUE PC                                    cdougherty@foxrothschild.com
1818 Market Street, Suite 3600
Philadelphia, PA 19103                                F. Beaumont Howard (pro hac vice)
Tel.: (215) 875-3000                                  Nicolas B. Corser (pro hac vice)
scarson@bm.net                                        Fox Rothschild LLP
crodriguez@bm.net                                     999 Peachtree Street NE, Suite 1500
lvines@bm.net                                         Atlanta, GA 30309
manderson@bm.net                                      Tel.: (404) 962-1000
olanctot@bm.net                                       FBHoward@foxrothschild.com
                                                      ncorser@@foxrothschild.com
Mariyam Hussain
BERGER MONTAGUE PC                                    *Counsel for Defendants*
1720 W. Division Street
Chicago, IL 60622                                     *\* Signed with permission*
Tel.: (773) 666-4316
mhussain@bm.net

David Cates
Katie E. St. John
THE CATES LAW FIRM
216 W. Pointe Dr.
Swansea, IL 62226
Tel.: (618) 277-3644
Fax: (618) 277-7882
dcates@cateslaw.com
kstjohn@cateslaw.com

Katrina Carroll
LYNCH CARPENTER LLP
111 W. Washington Street, Suite 1240
Chicago, IL 60602
Tel.: (312) 750-1265
katrina@lcllp.com

Mark N. Foster
LAW OFFICE OF MARK N. FOSTER, PLLC
P.O. Box 869
Madisonville, KY 42431
Tel.: (270) 213-1303
Mfoster@MarkNFoster.com

Eric Lechtzin
Liberato P. Verderame
EDELSON LECHTZIN LLP
411 S. State St., Suite N-300
Newtown, PA 18940
Tel.: (215) 867-2399
elechtzin@edelson-law.com
lverderame@edelson-law.com

Sarah R. Schalman-Bergen
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel.: (617) 994-5800
ssb@llrlaw.com

*Attorneys for Plaintiff, the Collective, and the Proposed Class*