## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICKEY CATES, *individually and on behalf of all others similarly situated,*   ) <br> ) <br> ) <br> **Plaintiffs,**   ) <br> ) <br> **vs.**   ) <br> ) <br> ALLIANCE COAL, LLC, et al.,   ) <br> ) <br> **Defendants.**   ) | Case No. 21-cv-377-SMY |

### JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal (Doc. 222), this matter is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: November 24, 2025.**

**MONICA A. STUMP,**
**Clerk of Court**

**By: s/Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**